# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE KARMEL FRANCES ROE,<br>　　Appellant,<br><br>　　　　v.<br><br>NATIONSTAR MORTGAGE,<br>LLC,<br>　　Appellee. | ED CV 22-536 DSF<br><br>Order to Show Cause re<br>Dismissal for Lack of Prosecution |

　　On May 3, 2022, an Appeal Deficiency Notice was filed with this Court indicating that the following documents were not filed as required by Rules 8003 and 8009 of the Federal Rules of Bankruptcy Procedure: Transcripts for March 3, 2022 and December 5, 2019 on case no. 6:19-bk-20334.  Appellant is ordered to show cause in writing, on or before June 6, 2022 why this appeal should not be dismissed for lack of prosecution. Failure of Appellants to make an adequate and timely response to this Order will result in the dismissal of the appeal.

　　IT IS SO ORDERED.

Date:  May 13, 2022

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　　　United States District Judge